UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:26-cv-02376-MAA                                   Date: May 29, 2026

Title   Angel Garcia v. Aaron Flores Mendoza, et al.


Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge


| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |


**Proceedings (In Chambers):**        **Order to Show Cause Regarding Failure to Prosecute**


On March 5, 2026, Plaintiff Angel Garcia ("Plaintiff") filed the instant Complaint against Defendants Aaron Flores Mendoza, doing business as Aaron's Barbershop ("Mendoza"), Jose Luis ("Luis"), and Does 1 through 10.  (ECF No. 1.)  On April 24, 2026, Plaintiff filed proofs of service indicating that Defendants Mendoza and Luis had been served with the Complaint on April 15, 2026, such that their answers were due on May 6, 2026. (ECF Nos. 8, 9.)  On May 8, 2026, Mendoza was voluntarily dismissed from this action pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).  (ECF No. 12.)  On the same day, at Plaintiff's request (ECF No. 13), default was entered against Luis (ECF No. 14).  However, as of the date of this order, the docket reflects no further action by Plaintiff against Luis.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **14 days from the date of entry of this Order to Show Cause**, why this action should not be dismissed for lack of prosecution.  The Court will discharge the Order to Show Cause upon the filing of an Application for entry of default judgment against Luis pursuant to Federal Rule of Civil Procedure 55(b) by Plaintiff. No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  **Failure to respond to the Order to Show Cause will result in the dismissal of this action.**

It is so ordered.